UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

BROEGE, NEUMANN, FISCHER & SHAVER, L.L.C.
25 Abe Voorhees Drive
Manasquan, NJ 08736
(732) 223-8484
Attorneys for Debtor
David E. Shaver, Esq.
DS 9825

In re:

Nicholas Avicolli,

        Debtor.

Order Filed on March 1, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 13 Case No.: 18-11349

Judge: Christine M. Gravelle

RETURN DATE: 2/21/2018 at 9:00 a.m.

**ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE CONTINUATION OF THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(c)(3)(B)**

The relief set forth on the following pages numbered two (2) through (3) is hereby **ORDERED**.

**DATED: March 1, 2018**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

1

Page 2
Debtor: Nicholas Avicolli
Case No: 18-11349-CMG
Caption of Order: Order Granting Debtor's Motion for Entry of an Order Authorizing the Continuation of the Automatic Stay Pursuant to 11 U.S.C. § 362(c)(3)(B)

---

This matter came to the attention of the Court upon the filing of a motion by the Debtor seeking entry of an Order authorizing the continuation of the automatic stay pursuant to 11 U.S.C. § 362(c)(3)(B). The Court read and reviewed all of the papers filed in support of the motion, including the Certification of Service showing service of the motion upon all creditors and persons of interest, as well as any papers filed in opposition, and heard and considered any oral argument the Court requested. For good cause shown,

IT IS ORDERED AS FOLLOWS:

1. The Debtor's motion is granted.

2. The automatic stay of 11 U.S.C. § 362(a) be and hereby is continued as to all creditors of the Debtor, EXCEPT FOR CREDITOR The Bank of New York Mellon.

3. A copy of this Order shall be served by counsel for the Debtor upon all parties who were served with the motion no later than five (5) days from the date of this Order.