| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>BROEGE, NEUMANN, FISCHER & SHAVER, L.L.C.<br>25 Abe Voorhees Drive<br>Manasquan, NJ 08736<br>(732) 223-8484<br>Attorneys for Debtor<br>David E. Shaver, Esq.<br>DS 9825 | Order Filed on March 1, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Nicholas Avicolli,<br><br>        Debtor. | Chapter 13 Case No.: 18-11349<br><br>Judge: Christine M. Gravelle<br><br>RETURN DATE: 2/21/2018 at 9:00 a.m. |

**ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF AN ORDER
AUTHORIZING THE CONTINUATION OF THE AUTOMATIC STAY PURSUANT TO
11 U.S.C. § 362(c)(3)(B)**

    The relief set forth on the following pages numbered two (2) through (3) is hereby **ORDERED**.

**DATED: March 1, 2018**

_Christine M. Gravelle_
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
Debtor: Nicholas Avicolli
Case No: 18-11349-CMG
Caption of Order: Order Granting Debtor's Motion for Entry of an Order Authorizing the Continuation of the Automatic Stay Pursuant to 11 U.S.C. § 362(c)(3)(B)

---

This matter came to the attention of the Court upon the filing of a motion by the Debtor seeking entry of an Order authorizing the continuation of the automatic stay pursuant to 11 U.S.C. § 362(c)(3)(B). The Court read and reviewed all of the papers filed in support of the motion, including the Certification of Service showing service of the motion upon all creditors and persons of interest, as well as any papers filed in opposition, and heard and considered any oral argument the Court requested. For good cause shown,

IT IS ORDERED AS FOLLOWS:

1. The Debtor's motion is granted.

2. The automatic stay of 11 U.S.C. § 362(a) be and hereby is continued as to all creditors of the Debtor, EXCEPT FOR CREDITOR The Bank of New York Mellon.

3. A copy of this Order shall be served by counsel for the Debtor upon all parties who were served with the motion no later than five (5) days from the date of this Order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-11349-CMG
Nicholas Avicolli                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Mar 01, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2018.
db          Nicholas Avicolli,    985 Papen Rd,    Bridgewater, NJ 08807-1358

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2018 at the address(es) listed below:
          Albert   Russo    docs@russotrustee.com
          Brian E Caine     on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
           bcaine@parkermccay.com,   BKcourtnotices@parkermccay.com
          David E. Shaver    on behalf of Debtor Nicholas  Avicolli dshaver@bnfsbankruptcy.com
          Denise E. Carlon    on behalf of Creditor   The Bank of New York Mellon fka The Bank of New York,
           as Trustee, et al... dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor   The Bank of New York Mellon fka The Bank of New York,
           as Trustee, et al... rsolarz@kmllawgroup.com
          Steven J. Abelson    on behalf of Creditor    Mathew Property Inc./Ned Moftah sjaesq@atrbklaw.com,
           atrbk1@gmail.com;r49787@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                       TOTAL: 7