| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>PARKER McCAY P.A.<br>BRIAN E. CAINE<br>9000 Midlantic Drive; Suite 300<br>Mt. Laurel, New Jersey 08054<br>(856) 596-8900<br>Attorney for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-1, its successors and/or | Order Filed on March 19, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Nicholas Avicolli | Case No.  18-11349-CMG<br>Chapter 13<br>Hearing:   Feb. 21, 2018<br><br>Judge: GRAVELLE |

**ORDER TERMINATING THE AUTOMATIC STAY AND CO-DEBTOR STAY** ~~AND GRANTING IN REM RELIEF FROM STAY~~ **AS TO**
**668 FOOTHILL RD, BRIDGEWATER NJ 08807**

The relief set forth on the following page, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: March 19, 2018**

_Honorable Christine M. Gravelle_
United States Bankruptcy Judge

LAW OFFICE
**PARKER McCAY P.A.**

**(Page 2)**
Debtor:   Nicholas Avicolli
Case No:  18-11349-CMG
Caption of Order: ORDER TERMINATING THE AUTOMATIC STAY AND CO-DEBTOR STAY ~~AND GRANTING IN REM RELIEF FROM STAY~~ AS TO 668 FOOTHILL RD, BRIDGEWATER NJ 08807

---

Upon consideration of The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-1, its successors and/or assigns (hereinafter "Movant") cross-motion for an Order terminating the automatic stay and terminating the co-debtor stay, ~~with *In Rem* Relief,~~ and other relief; and for good cause appearing therefore, it is hereby

**ORDERED** as follows:

1. The automatic stay of 11 U.S. C. §362 and co-debtor stay of §1301 are hereby terminated as it applies to Movant, ~~and Movant is also granted in rem relief from stay under 362(d)(4)~~ to permit Movant to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to foreclose mortgage(s) held by movant upon the following:

*668 Foothill Rd, Bridgewater NJ 08807*

2. Any future bankruptcy filings by Annette Avicolli, the Debtor, Nicholas Avicolli, and/or any other individual or entity claiming any interest of any kind whatsoever in the aforesaid property shall not operate to impose the automatic stay without further application to and express Order of this Court.

3. The movant shall serve this Order on the debtor, debtor's attorney, any Trustee and any other party who entered an appearance on the cross-motion.

LAW OFFICE
**PARKER McCAY P.A.**