UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

PARKER McCAY P.A.
BRIAN E. CAINE
9000 Midlantic Drive; Suite 300
Mt. Laurel, New Jersey 08054
(856) 596-8900
Attorney for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-1, its successors and/or

Order Filed on March 19, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Nicholas Avicolli

Case No.  18-11349-CMG
Chapter 13
Hearing:  Feb. 21, 2018

Judge: GRAVELLE

**ORDER TERMINATING THE AUTOMATIC STAY AND CO-DEBTOR STAY**
~~AND GRANTING IN REM RELIEF FROM STAY~~ **AS TO**
**668 FOOTHILL RD, BRIDGEWATER NJ 08807**

The relief set forth on the following page, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: March 19, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

LAW OFFICE
**PARKER McCAY P.A.**

**(Page 2)**
Debtor:   Nicholas Avicolli
Case No: 18-11349-CMG
Caption of Order: ORDER TERMINATING THE AUTOMATIC STAY AND CO-DEBTOR STAY ~~AND GRANTING IN REM RELIEF FROM STAY~~ AS TO 668 FOOTHILL RD, BRIDGEWATER NJ 08807

---

Upon consideration of The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-1, its successors and/or assigns (hereinafter "Movant") cross-motion for an Order terminating the automatic stay and terminating the co-debtor stay, ~~with *In Rem* Relief,~~ and other relief; and for good cause appearing therefore, it is hereby

**ORDERED** as follows:

1. The automatic stay of 11 U.S. C. §362 and co-debtor stay of §1301 are hereby terminated as it applies to Movant, ~~and Movant is also granted in rem relief from stay under 362(d)(4)~~ to permit Movant to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to foreclose mortgage(s) held by movant upon the following:

*668 Foothill Rd, Bridgewater NJ 08807*

2. Any future bankruptcy filings by Annette Avicolli, the Debtor, Nicholas Avicolli, and/or any other individual or entity claiming any interest of any kind whatsoever in the aforesaid property shall not operate to impose the automatic stay without further application to and express Order of this Court.

3. The movant shall serve this Order on the debtor, debtor's attorney, any Trustee and any other party who entered an appearance on the cross-motion.

LAW OFFICE
**PARKER McCAY P.A.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-11349-CMG
Nicholas Avicolli                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin              Page 1 of 1              Date Rcvd: Mar 19, 2018
                                Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2018.
db             Nicholas Avicolli,    985 Papen Rd,    Bridgewater, NJ   08807-1358

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2018                                Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 19, 2018 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Brian E Caine    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
               bcaine@parkermccay.com,    BKcourtnotices@parkermccay.com
              David E. Shaver    on behalf of Debtor Nicholas   Avicolli dshaver@bnfsbankruptcy.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
               as Trustee, et al... dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
               as Trustee, et al... rsolarz@kmllawgroup.com
              Steven J. Abelson    on behalf of Creditor    Mathew Property Inc./Ned Moftah sjaesq@atrbklaw.com,
               atrbk1@gmail.com;r49787@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7