Form 137 − aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−11349−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Nicholas Avicolli
985 Papen Rd
Bridgewater, NJ 08807−1358

Social Security No.:
xxx−xx−6493

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date: 6/6/18
Time: 12:00 PM
Location: Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
David E. Shaver

COMMISSION OR FEES
$6,387.50

EXPENSES
$214.97

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: May 17, 2018
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Nicholas Avicolli
Debtor

Case No. 18-11349-CMG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 3 Date Rcvd: May 17, 2018
Form ID: 137 Total Noticed: 83

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2018.

db Nicholas Avicolli, 985 Papen Rd, Bridgewater, NJ 08807-1358
cr +Fwdsl & Associates LP, c/o Pellegrino & Feldstein, LLC, 290 Route 46 West, Denville, NJ 07834-1239
cr +Mathew Property Inc./Ned Moftah, 44 Wintons Way, Monroe, NJ 08831-2615
517291181 American Express, Customer Service, PO Box 981535, El Paso, TX 79998-1535
517291180 American Express, PO Box 10354, Des Moines, IA 50306-0354
517388337 American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701
517291184 Atlantic Health System, Overlook Medical Center, PO Box 35611, Newark, NJ 07193-5611
517291185 Bank of America, PO Box 15019, Wilmington, DE 19850-5019
517291186 Bank of America Home Loans, PO Box 26078, Greensboro, NC 27420-6078
517291187 Borough of Raritan Tax Collector, 22 1st St, Raritan, NJ 08869-1809
517291188 Capital One, Bankruptcy Claims Servicer, PO Box 30285, Salt Lake City, UT 84130-0285
517291191 Christina Pope, 788 Rossville Ave, Staten Island, NY 10309-1708
517291192 Citibank, N.A., Customer Service, PO Box 6500, Sioux Falls, SD 57117-6500
517291193 +Con Edison Co., 4 Irving Pl, New York, NY 10003-3598
517319564 +Consolidated Edison Company of New York, Inc., Bankruptcy Group, 4 Irving Place, Rm 1875-S, New York, NY 10003-3502
517291194 Daniel J. Capacci, Esq., Parker McCay, P.A., PO Box 5054, Mount Laurel, NJ 08054-5054
517291195 Debt Recovery Solutions, PO Box 9003, Syosset, NY 11791-9003
517291196 Direct Merchants Bank Card Services, PO Box 30258, Salt Lake City, UT 84130-0258
517405221 +FWDSL & Associates LP, Pellegrino & Feldstein, LLC, 290 Route 46 West, Denville, NJ 07834-1239
517291201 FWDSL & Associates LP, 17 W Cliff St, Somerville, NJ 08876-1901
517291200 For Shore Weed Control, Inc., 2224 Route 88, Brick, NJ 08724-3230
517291203 GB Collects, LLC, 1253 Haddonfield Berlin Rd, Voorhees, NJ 08043-4847
517291206 John Redmond, 788 Rossville Ave, Staten Island, NY 10309-1708
517291207 LL Bean Visa Card, Card Services, PO Box 8802, Wilmington, DE 19899-8802
517419945 +Mathew Property inc., c/o Steven J. Abelson, Esq., 80 W Main St., Freehold, New Jersey 07728-2134
517291208 Matthew Property, 44 Wintons Way, Monroe Township, NJ 08831-2615
517291209 Matthew Property Inc., c/o Steven J. Abelson, Esq. Abelson & Tr, PO Box 7005, Freehold, NJ 07728-7005
517291210 Medac-Summit Anesthesia Asso. PA, c/o Chase Receivables, PO Box 659, West Caldwell, NJ 07007-0659
517291211 Mercantile, 165 Lawrence Bell Dr Ste 100, Williamsville, NY 14221-7900
517322123 +NY State Dept. of, Taxation and Finance, Bankruptcy Section, PO Box 5300, Albany, NY 12205-0300
517291220 NYC Department of Taxation and Finance, NYS Assessment Receivables, PO Box 4128, Binghamton, NY 13902-4128
517291221 NYC Water Board, DEP/BCS Customer Service, PO Box 739055, Elmhurst, NY 11373-9055
517291212 Nabil Bastawros, 44 Wintons Way, Monroe Township, NJ 08831-2615
517291213 #Nationwide Credit, Inc., PO Box 26315, Lehigh Valley, PA 18002-6315
517291214 New Jersey Division of Taxation, Pioneer Credit Recovery, PO Box 1009, Moorestown, NJ 08057-0909
517291215 New York State Dept. of Taxation, Bankruptcy Section, PO Box 5300, Albany, NY 12205-0300
517291216 New York-Presbyterian, PO Box 9305, New York, NY 10087-2305
517291217 Nicholas J. Coscia, 788 Rossville Ave, Staten Island, NY 10309-1708
517291218 Nicholas Pope, 788 Rossville Ave, Staten Island, NY 10309-1708
517291222 Overlook Medical Center, c/o AHS Hospital Corp., 17 Prospect St, Morristown, NJ 07960-6862
517291224 PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444
517291223 Pellegrino & Feldstein, L.L.C., 290 US Highway 46, Denville, NJ 07834-1239
517291227 RWJ University Hosp Somerset, 110 Rehill Ave, Somerville, NJ 08876-2519
517291225 Remex, Inc., 307 Wall St, Princeton, NJ 08540-1515
517291226 Richard B. Gelfond, Esq., Levy & Watkinson, PC, 90 Woodbridge Center Dr Ste 210, Woodbridge, NJ 07095-1154
517291229 SLS, 8742 Lucent Blvd Ste 300, Highlands Ranch, CO 80129-2386
517491411 ++STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245
(address filed with court: State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245)
517291228 Sandra R. Coscia, 788 Rossville Ave, Staten Island, NY 10309-1708
517291230 State of New Jersey, Division of Taxation, 50 Barrack St, Trenton, NJ 08608-2006
517291231 Sue-San Giuffre, 6 Dutch Lane Rd, Marlboro, NJ 07746-2165
517291232 Summit Anesthesia Asso PA, PO Box 786872, Philadelphia, PA 19178-6872
517291233 Summit Radiological Asso., d/b/a Westfield Imging Center, PO Box 1259, Oaks, PA 19456-1259
517291234 Surgicare Anesthesia of Central Jersey, 40 Stirling Rd, Watchung, NJ 07069-5900
517291235 The Bank of New York Mellon, Specialized Loan Servicing, 8742 Lucent Blvd Ste 300, Highlands Ranch, CO 80129-2386
517291236 The Bank of New York Mellon Trustee, c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd Ste 300, Highlands Ranch, CO 80129-2386
517331519 +The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386

District/off: 0312-3 User: admin Page 2 of 3 Date Rcvd: May 17, 2018
Form ID: 137 Total Noticed: 83

517291238 The Port Authority of NY & NJ, Violations Processing Center, PO Box 15186,
Albany, NY 12212-5186
517291240 Vital Recovery Services, LLC, PO Box 923748, Peachtree Corners, GA 30010-3748
517291241 Weill Cornell Medicine, 575 Lexington Ave Rm 540, New York, NY 10022-6145
517291242 Yellow Pages Unlimited, PO Box 50038, Jacksonville, FL 32240-0038
517291198 eCAST Settlement Corporation, PO Box 29262, New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg E-mail/Text: usanj.njbankr@usdoj.gov May 17 2018 22:58:29 U.S. Attorney, 970 Broad St.,
Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534
smg +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 17 2018 22:58:28 United States Trustee,
Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100,
Newark, NJ 07102-5235
517291177 E-mail/Text: amscbankruptcy@adt.com May 17 2018 22:59:10 ADT Security Services,
3190 S Vaughn Way, Aurora, CO 80014-3512
517291178 E-mail/Text: amscbankruptcy@adt.com May 17 2018 22:59:10 ADT Security Services, Inc.,
Attn: Bankruptcy Processing, 3190 S Vaughn Way, Aurora, CO 80014-3512
517291176 E-mail/Text: mreed@affcollections.com May 17 2018 22:58:31 Accurate Collection Services,
17 Prospect St, Morristown, NJ 07960-6862
517315400 E-mail/Text: ally@ebn.phinsolutions.com May 17 2018 22:57:56 Ally Financial,
PO Box 130424, Roseville MN 55113-0004
517291179 E-mail/Text: ally@ebn.phinsolutions.com May 17 2018 22:57:56 Ally Financial Inc.,
PO Box 200, Detroit, MI 48265-2200
517291182 E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 17 2018 23:00:17 American InfoSource LP,
4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901
517291183 E-mail/Text: bky@americanprofit.net May 17 2018 22:58:47 American Profit Recovery,
34405 W 12 Mile Rd Ste 379, Farmington Hills, MI 48331-5608
517291190 E-mail/Text: ering@cbhv.com May 17 2018 22:58:25 CBHV, PO Box 831,
Newburgh, NY 12551-0831
517291189 E-mail/Text: bankruptcy@cavps.com May 17 2018 22:58:44 Cavalry Portfolio Services, LLC,
PO Box 520, Valhalla, NY 10595-0520
517335085 +E-mail/Text: bankruptcy@cavps.com May 17 2018 22:58:44 Cavalry SPV I, LLC,
500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-1340
517434200 +E-mail/Text: bncmail@w-legal.com May 17 2018 22:58:36 Cerastes, LLC,
C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132
517291197 E-mail/Text: mrdiscen@discover.com May 17 2018 22:57:58 Discover, PO Box 30421,
Salt Lake City, UT 84130-0421
517291199 E-mail/Text: GPSAK@PSAKLAW.COM May 17 2018 22:59:11 Ellen L. Yang, Esq.,
Psak & Associates, 127 Union Ave, Middlesex, NJ 08846-1039
517291202 E-mail/Text: bankruptcy@savit.com May 17 2018 22:59:14 Gastromed Healthcare, PA,
c/o Savit Collection Agency, PO Box 250, East Brunswick, NJ 08816-0250
517291204 E-mail/Text: Harris@ebn.phinsolutions.com May 17 2018 22:59:21 Harris & Harris, Ltd.,
111 W Jackson Blvd Ste 400, Chicago, IL 60604-4135
517446959 E-mail/Text: cio.bncmail@irs.gov May 17 2018 22:58:12 IRS, POB 7346,
Philadelphia, PA 19101-7346
517291219 E-mail/Text: Jerry.Bogar@conduent.com May 17 2018 22:59:22 NJ E-Z Pass,
Violations Processing Center, PO Box 4971, Trenton, NJ 08650-4971
517291237 E-mail/Text: bankruptcynotices@cbecompanies.com May 17 2018 22:58:44 The CBE Group, Inc.,
1309 Technology Pkwy, Cedar Falls, IA 50613-6976
517407814 +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 17 2018 23:00:43 Verizon,
by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901
517291239 E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 17 2018 22:57:53
Verizon Wireless, Bankruptcy Department, 500 Technology Dr Ste 550,
Weldon Spring, MO 63304-2225
TOTAL: 22

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517291205* ++INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346,
PHILADELPHIA PA 19101-7346
(address filed with court: Internal Revenue Service, Special Procedures Unit,
955 S Springfield Ave Fl 3, Springfield, NJ 07081-3570)
517319679* Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346
517332915* +The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC,
8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386
TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2018 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2018 at the address(es) listed below:

Albert Russo docs@russotrustee.com
Brian E Caine on behalf of Creditor THE BANK OF NEW YORK MELLON, Et Al... bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
David E. Shaver on behalf of Debtor Nicholas Avicolli dshaver@bnfsbankruptcy.com
Deborah T. Feldstein on behalf of Creditor Fwdsl & Associates LP dfeldstein@caplaw.net
Denise E. Carlon on behalf of Creditor The Bank of New York Mellon fka The Bank of New York, as Trustee, et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
Rebecca Ann Solarz on behalf of Creditor The Bank of New York Mellon fka The Bank of New York, as Trustee, et al... rsolarz@kmllawgroup.com
Steven J. Abelson on behalf of Creditor Mathew Property Inc./Ned Moftah sjaesq@atrbklaw.com, atrbk1@gmail.com;r49787@notify.bestcase.com
U.S. Trustee USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8