| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

Caption in Compliance with D.N.J. LBR 9004-1(b)

Broege, Neumann, Fischer & Shaver, L.L.C.
25 Abe Voorhees Drive
Manasquan, NJ 08736
732-223-8484
David E. Shaver, Esq.
DS9825
Attorneys for the Debtor

Order Filed on June 8, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Nicholas Avicolli,

        Debtor.

Case No.: 18-11349

Chapter: 13

Judge: CMG

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: June 8, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ David E. Shaver, Esq. _____, the applicant, is allowed a fee of $ ___ 6,387.50 ___ for services rendered and expenses in the amount of $ ___ 214.97 ___ for a total of $ ___ 6,602.47 ___ . The allowance is payable:

  ☒ through the Chapter 13 plan as an administrative priority.

  ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*