UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Broege, Neumann, Fischer & Shaver, L.L.C.
25 Abe Voorhees Drive
Manasquan, NJ  08736
732-223-8484
David E. Shaver, Esq.
DS9825
Attorneys for the Debtor

Order Filed on June 8, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Nicholas Avicolli,

         Debtor.

Case No.:    18-11349

Chapter:    13

Judge:    CMG

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: June 8, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ David E. Shaver, Esq. _____, the applicant, is allowed a fee of $ _____ 6,387.50 _____ for services rendered and expenses in the amount of $ _____ 214.97 _____ for a total of $ _____ 6,602.47 _____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Nicholas Avicolli  
      Debtor

Case No. 18-11349-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Jun 08, 2018  
                     Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2018.  
db          Nicholas Avicolli,    985 Papen Rd,    Bridgewater, NJ    08807-1358

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2018 at the address(es) listed below:

         Albert   Russo    docs@russotrustee.com  
         Brian E Caine    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...  
          bcaine@parkermccay.com,    BKcourtnotices@parkermccay.com  
         David E. Shaver     on behalf of Debtor Nicholas  Avicolli dshaver@bnfsbankruptcy.com  
         Deborah T. Feldstein     on behalf of Creditor    Fwdsl & Associates LP dfeldstein@caplaw.net  
         Denise E. Carlon     on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York, as Trustee, et al... dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         Rebecca Ann Solarz     on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York, as Trustee, et al... rsolarz@kmllawgroup.com  
         Steven J. Abelson     on behalf of Creditor    Mathew Property Inc./Ned Moftah sjaesq@atrbklaw.com, atrbk1@gmail.com;r49787@notify.bestcase.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                         TOTAL: 8