UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

ABELSON & TRUESDALE, LLC
By: Steven J. Abelson, Esq.
ID #SA 7987
80 West Main Street
P.O. Box 7005
Freehold, New Jersey 07728
(732) 462-4773
Attorney for Creditor Mathew Properties

**Order Filed on June 19, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

NICHOLAS AVICOLLI

Case No.: 18-11349 (CMG)

Hearing Date: 6/6/18

Judge: Hon. CHRISTINE M. GRAVELLE

## ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY AND OTHER RELIEF

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**DATED: June 19, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**CAPTION OF ORDER:**

            ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY AND OTHER RELIEF

**CASE NO**: 18-11349

**ADV. NUMBER**:

**DATE OF HEARING**: 6/6/18

**JUDGE**: Hon. CHRISTINE M. GRAVELLE

---

    This matter having been opened to the Court by Steven J. Abelson, Esq. as attorney for the tCreditor, Matthew Properties Inc., and the Debtor being represented by David Shaver, Esq. , and the matter having been resolved to the satisfaction of the parties and the Chapter 13 Trustee, and for good cause shown:

    It is hereby:

    **ORDERED** as follows:

    1) The Automatic Stay pursuant to 11 U.S.C. sec. 362(a) is hereby vacated as of June 20, 2018. The Creditor shall be entitled as of said date to pursue any and all actions to pursue eviction and obtain possession of the rental premises located at 2236 Victory Blvd., Staten Island, New York.

    2) Debtor has represented that he will vacate the property no later than June 20, 2018 and leave said property in a undamaged and broom swept condition. In return, the Creditor shall retain the security deposit for unpaid post petition rents and pursue no further post petition claim against the Debtors. Creditor shall be limited in pursuing pre-petition claims pursuant to U.S. Bankruptcy Law.