| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>ABELSON & TRUESDALE, LLC<br>By: Steven J. Abelson, Esq.<br>ID #SA 7987<br>80 West Main Street<br>P.O. Box 7005<br>Freehold, New Jersey 07728<br>(732) 462-4773<br>Attorney for Creditor Mathew Properties | **Order Filed on June 19, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>NICHOLAS AVICOLLI | Case No.: 18-11349 (CMG)<br><br>Hearing Date: 6/6/18<br><br>Judge: Hon. CHRISTINE M. GRAVELLE |

## ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY AND OTHER RELIEF

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**DATED: June 19, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**CAPTION OF ORDER:**

          ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC
          STAY AND OTHER RELIEF

**CASE NO**: 18-11349

**ADV. NUMBER**:

**DATE OF HEARING**: 6/6/18

**JUDGE**: Hon. CHRISTINE M. GRAVELLE

---

    This matter having been opened to the Court by Steven J. Abelson, Esq. as attorney for the tCreditor, Matthew Properties Inc., and the Debtor being represented by David Shaver, Esq. , and the matter having been resolved to the satisfaction of the parties and the Chapter 13 Trustee, and for good cause shown:

    It is hereby:

    **ORDERED** as follows:

        1) The Automatic Stay pursuant to 11 U.S.C. sec. 362(a) is hereby vacated as of June 20, 2018.  The Creditor shall be entitled as of said date to pursue any and all actions to pursue eviction and obtain possession of the rental premises located at 2236 Victory Blvd., Staten Island, New York.

        2) Debtor has represented that he will vacate the property no later than June 20, 2018 and leave said property in a undamaged and broom swept condition.   In return, the Creditor shall retain the security deposit for unpaid post petition rents and pursue no further post petition claim against the Debtors.  Creditor shall be limited in pursuing pre-petition claims pursuant to U.S. Bankruptcy Law.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-11349-CMG
Nicholas Avicolli                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Jun 20, 2018
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2018.
db         Nicholas Avicolli,    985 Papen Rd,    Bridgewater, NJ 08807-1358

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2018                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2018 at the address(es) listed below:
          Albert    Russo    docs@russotrustee.com
          Brian E Caine    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
           bcaine@parkermccay.com,   BKcourtnotices@parkermccay.com
          David E. Shaver    on behalf of Debtor Nicholas  Avicolli dshaver@bnfsbankruptcy.com
          Deborah T. Feldstein    on behalf of Creditor   Fwdsl & Associates LP dfeldstein@caplaw.net
          Denise E. Carlon    on behalf of Creditor   The Bank of New York Mellon fka The Bank of New York,
           as Trustee, et al... dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor   The Bank of New York Mellon fka The Bank of New York,
           as Trustee, et al... rsolarz@kmllawgroup.com
          Steven J. Abelson    on behalf of Creditor    Mathew Property Inc./Ned Moftah sjaesq@atrbklaw.com,
           atrbk1@gmail.com;r49787@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                       TOTAL: 8