Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.: 18−11349−CMG
                        Chapter: 13
                        Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nicholas Avicolli
   985 Papen Rd
   Bridgewater, NJ 08807−1358

Social Security No.:
   xxx−xx−6493

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/22/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 22, 2018
JAN: kmf

                                                                                Jeanne Naughton
                                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-11349-CMG
Nicholas Avicolli                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin           Page 1 of 3         Date Rcvd: Jun 22, 2018
                            Form ID: 148          Total Noticed: 83

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2018.

```
db             Nicholas Avicolli,    985 Papen Rd,    Bridgewater, NJ 08807-1358
cr            +Fwdsl & Associates LP,    c/o Pellegrino & Feldstein, LLC,    290 Route 46 West,
               Denville, NJ 07834-1239
cr            +Mathew Property Inc./Ned Moftah,    44 Wintons Way,    Monroe, NJ 08831-2615
517291180      American Express,    PO Box 10354,    Des Moines, IA 50306-0354
517291184      Atlantic Health System,    Overlook Medical Center,    PO Box 35611,    Newark, NJ 07193-5611
517291187      Borough of Raritan Tax Collector,    22 1st St,    Raritan, NJ 08869-1809
517291191      Christina Pope,    788 Rossville Ave,    Staten Island, NY 10309-1708
517291193     +Con Edison Co.,    4 Irving Pl,    New York, NY 10003-3598
517319564     +Consolidated Edison Company of New York, Inc.,    Bankruptcy Group,    4 Irving Place, Rm 1875-S,
               New York, NY 10003-3502
517291194      Daniel J. Capacci, Esq.,    Parker McCay, P.A.,    PO Box 5054,    Mount Laurel, NJ 08054-5054
517291195      Debt Recovery Solutions,    PO Box 9003,    Syosset, NY 11791-9003
517291196      Direct Merchants Bank Card Services,    PO Box 30258,    Salt Lake City, UT 84130-0258
517405221     +FWDSL & Associates LP,    Pellegrino & Feldstein, LLC,    290 Route 46 West,
               Denville, NJ 07834-1239
517291201      FWDSL & Associates LP,    17 W Cliff St,    Somerville, NJ 08876-1901
517291200      For Shore Weed Control, Inc.,    2224 Route 88,    Brick, NJ 08724-3230
517291203      GB Collects, LLC,    1253 Haddonfield Berlin Rd,    Voorhees, NJ 08043-4847
517291206      John Redmond,    788 Rossville Ave,    Staten Island, NY 10309-1708
517291207      LL Bean Visa Card,    Card Services,    PO Box 8802,    Wilmington, DE 19899-8802
517419945     +Mathew Property inc.,    c/o Steven J. Abelson, Esq.,    80 W Main St.,
               Freehold, New Jersey 07728-2134
517291208      Matthew Property,    44 Wintons Way,    Monroe Township, NJ 08831-2615
517291209      Matthew Property Inc.,    c/o Steven J. Abelson, Esq. Abelson & Tr,    PO Box 7005,
               Freehold, NJ 07728-7005
517291210      Medac-Summit Anesthesia Asso. PA,    c/o Chase Receivables,    PO Box 659,
               West Caldwell, NJ 07007-0659
517291211      Mercantile,    165 Lawrence Bell Dr Ste 100,    Williamsville, NY 14221-7900
517322123     +NY State Dept. of,    Taxation and Finance,    Bankruptcy Section,    PO Box 5300,
               Albany, NY 12205-0300
517291220      NYC Department of Taxation and Finance,    NYS Assessment Receivables,    PO Box 4128,
               Binghamton, NY 13902-4128
517291221      NYC Water Board,    DEP/BCS Customer Service,    PO Box 739055,    Elmhurst, NY 11373-9055
517291212      Nabil Bastawros,    44 Wintons Way,    Monroe Township, NJ 08831-2615
517291213     #Nationwide Credit, Inc.,    PO Box 26315,    Lehigh Valley, PA 18002-6315
517291214      New Jersey Division of Taxation,    Pioneer Credit Recovery,    PO Box 1009,
               Moorestown, NJ 08057-0909
517291215      New York State Dept. of Taxation,    Bankruptcy Section,    PO Box 5300,    Albany, NY 12205-0300
517291216      New York-Presbyterian,    PO Box 9305,    New York, NY 10087-2305
517291217      Nicholas J. Coscia,    788 Rossville Ave,    Staten Island, NY 10309-1708
517291218      Nicholas Pope,    788 Rossville Ave,    Staten Island, NY 10309-1708
517291222      Overlook Medical Center,    c/o AHS Hospital Corp.,    17 Prospect St,
               Morristown, NJ 07960-6862
517291224      PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
517291223      Pellegrino & Feldstein, L.L.C.,    290 US Highway 46,    Denville, NJ 07834-1239
517291227      RWJ University Hosp Somerset,    110 Rehill Ave,    Somerville, NJ 08876-2519
517291225      Remex, Inc.,    307 Wall St,    Princeton, NJ 08540-1515
517291226      Richard B. Gelfond, Esq.,    Levy & Watkinson, PC,    90 Woodbridge Center Dr Ste 210,
               Woodbridge, NJ 07095-1154
517291229      SLS,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
517491411    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Section,
               PO Box 245,    Trenton, NJ 08695-0245)
517291228      Sandra R. Coscia,    788 Rossville Ave,    Staten Island, NY 10309-1708
517291230      State of New Jersey,    Division of Taxation,    50 Barrack St,    Trenton, NJ 08608-2006
517291231      Sue-San Giuffre,    6 Dutch Lane Rd,    Marlboro, NJ 07746-2165
517291232      Summit Anesthesia Asso PA,    PO Box 786872,    Philadelphia, PA 19178-6872
517291233      Summit Radiological Asso.,    d/b/a Westfield Imging Center,    PO Box 1259,
               Oaks, PA 19456-1259
517291234      Surgicare Anesthesia of Central Jersey,    40 Stirling Rd,    Watchung, NJ 07069-5900
517291235      The Bank of New York Mellon,    Specialized Loan Servicing,    8742 Lucent Blvd Ste 300,
               Highlands Ranch, CO 80129-2386
517291236      The Bank of New York Mellon Trustee,    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
517331519     +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517291238      The Port Authority of NY & NJ,    Violations Processing Center,    PO Box 15186,
               Albany, NY 12212-5186
517291240      Vital Recovery Services, LLC,    PO Box 923748,    Peachtree Corners, GA 30010-3748
517291241      Weill Cornell Medicine,    575 Lexington Ave Rm 540,    New York, NY 10022-6145
517291242      Yellow Pages Unlimited,    PO Box 50038,    Jacksonville, FL 32240-0038
```

```
District/off: 0312-3          User: admin               Page 2 of 3               Date Rcvd: Jun 22, 2018
                              Form ID: 148              Total Noticed: 83


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jun 23 2018 00:00:49      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 23 2018 00:00:45      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
517291177        E-mail/Text: amscbankruptcy@adt.com Jun 23 2018 00:01:45      ADT Security Services,
                  3190 S Vaughn Way,    Aurora, CO 80014-3512
517291178        E-mail/Text: amscbankruptcy@adt.com Jun 23 2018 00:01:45      ADT Security Services, Inc.,
                  Attn: Bankruptcy Processing,    3190 S Vaughn Way,    Aurora, CO 80014-3512
517291176        E-mail/Text: mreed@affcollections.com Jun 23 2018 00:00:51      Accurate Collection Services,
                  17 Prospect St,    Morristown, NJ 07960-6862
517315400        EDI: GMACFS.COM Jun 23 2018 03:33:00      Ally Financial,   PO Box 130424,
                  Roseville MN 55113-0004
517291179        EDI: GMACFS.COM Jun 23 2018 03:33:00      Ally Financial Inc.,   PO Box 200,
                  Detroit, MI 48265-2200
517291181        EDI: AMEREXPR.COM Jun 23 2018 03:33:00      American Express,   Customer Service,
                  PO Box 981535,    El Paso, TX 79998-1535
517388337        EDI: BECKLEE.COM Jun 23 2018 03:33:00      American Express Bank, FSB,    c/o Becket and Lee LLP,
                  PO Box 3001,    Malvern PA 19355-0701
517291182        EDI: AIS.COM Jun 23 2018 03:33:00      American InfoSource LP,    4515 N Santa Fe Ave,
                  Oklahoma City, OK 73118-7901
517291183        E-mail/Text: bky@americanprofit.net Jun 23 2018 00:01:14      American Profit Recovery,
                  34405 W 12 Mile Rd Ste 379,    Farmington Hills, MI 48331-5608
517291185        EDI: BANKAMER.COM Jun 23 2018 03:33:00      Bank of America,   PO Box 15019,
                  Wilmington, DE 19850-5019
517291186        EDI: BANKAMER.COM Jun 23 2018 03:33:00      Bank of America Home Loans,    PO Box 26078,
                  Greensboro, NC 27420-6078
517291190        E-mail/Text: ering@cbhv.com Jun 23 2018 00:00:41      CBHV,   PO Box 831,
                  Newburgh, NY 12551-0831
517291188        EDI: CAPITALONE.COM Jun 23 2018 03:33:00      Capital One,   Bankruptcy Claims Servicer,
                  PO Box 30285,    Salt Lake City, UT 84130-0285
517291189        E-mail/Text: bankruptcy@cavps.com Jun 23 2018 00:01:08      Cavalry Portfolio Services, LLC,
                  PO Box 520,    Valhalla, NY 10595-0520
517335085       +E-mail/Text: bankruptcy@cavps.com Jun 23 2018 00:01:08      Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
517434200       +E-mail/Text: bncmail@w-legal.com Jun 23 2018 00:00:59      Cerastes, LLC,
                  C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
517291192        EDI: CITICORP.COM Jun 23 2018 03:33:00      Citibank, N.A.,   Customer Service,   PO Box 6500,
                  Sioux Falls, SD 57117-6500
517291197        EDI: DISCOVER.COM Jun 23 2018 03:33:00      Discover,   PO Box 30421,
                  Salt Lake City, UT 84130-0421
517291199        E-mail/Text: GPSAK@PSAKLAW.COM Jun 23 2018 00:01:47      Ellen L. Yang, Esq.,
                  Psak & Associates,    127 Union Ave,    Middlesex, NJ 08846-1039
517291202        E-mail/Text: bankruptcy@savit.com Jun 23 2018 00:01:50      Gastromed Healthcare, PA,
                  c/o Savit Collection Agency,    PO Box 250,    East Brunswick, NJ 08816-0250
517291204        EDI: PHINHARRIS Jun 23 2018 03:34:00      Harris & Harris, Ltd.,    111 W Jackson Blvd Ste 400,
                  Chicago, IL 60604-4135
517446959        EDI: IRS.COM Jun 23 2018 03:33:00      IRS,   POB 7346,   Philadelphia, PA 19101-7346
517291219        E-mail/Text: Jerry.Bogar@conduent.com Jun 23 2018 00:02:01      NJ E-Z Pass,
                  Violations Processing Center,    PO Box 4971,    Trenton, NJ 08650-4971
517291237        E-mail/Text: bankruptcynotices@cbecompanies.com Jun 23 2018 00:01:13      The CBE Group, Inc.,
                  1309 Technology Pkwy,    Cedar Falls, IA 50613-6976
517407814       +EDI: AIS.COM Jun 23 2018 03:33:00      Verizon,   by American InfoSource LP as agent,
                  4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517291239        EDI: VERIZONCOMB.COM Jun 23 2018 03:34:00      Verizon Wireless,   Bankruptcy Department,
                  500 Technology Dr Ste 550,    Weldon Spring, MO 63304-2225
517291198        EDI: ECAST.COM Jun 23 2018 03:33:00      eCAST Settlement Corporation,    PO Box 29262,
                  New York, NY 10087-9262
                                                                                               TOTAL: 29

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517291205*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                 (address filed with court: Internal Revenue Service,    Special Procedures Unit,
                  955 S Springfield Ave Fl 3,    Springfield, NJ 07081-3570)
517319679*      Internal Revenue Service,    P.O. Box 7346,   Philadelphia, PA 19101-7346
517332915*     +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
                                                                                   TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Jun 22, 2018
                              Form ID: 148             Total Noticed: 83
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Brian E Caine    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
               bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
              David E. Shaver    on behalf of Debtor Nicholas   Avicolli dshaver@bnfsbankruptcy.com
              Deborah T. Feldstein    on behalf of Creditor    Fwdsl & Associates LP dfeldstein@caplaw.net
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
               as Trustee, et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
               as Trustee, et al... rsolarz@kmllawgroup.com
              Steven J. Abelson    on behalf of Creditor    Mathew Property Inc./Ned Moftah sjaesq@atrbklaw.com,
               atrbk1@gmail.com;r49787@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 8
```